Fill in this information to identify the case:

United States Bankruptcy Court for the:

Central District of California

_____ (State)

Case number (If known): _____    Chapter 7



FILED

NOV 1 3 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    7th PAR HOLDINGS, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

N/A

**3. Debtor's federal Employer Identification Number (EIN)**    8 7 – 3 6 1 6 2 7 8

**4. Debtor's address**

Principal place of business

3835 E. THOUSAND OAKS BLVD.
Number    Street

#R570

WESTLAKE VILLAGE    CA    91362
City    State    ZIP Code

~~C/o  U.S.~~  Ventura
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**    NONE

Debtor    7111 PAR HOLDINGS, LLC

Name                                                        Case number (if known) _____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.    District _____    When _____    Case number _____
                                    MM / DD / YYYY

             District *Central*    When 10 / 2024    Case number 9:24-BK-11165
                                           MM / DD / YYYY

---

Debtor    **7th PAR HOLDINGS, LLC**                          Case number (if known) _____
          Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes.  Debtor _____  Relationship _____ <br><br> District _____  When _____ <br>                                           MM / DD /YYYY <br> Case number, if known _____ |
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No <br> ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>   What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☒ Other  PENDING TRUSTEE SALE DATE SCHEDULED <br><br> **Where is the property?**  4490 CA State Highway 49 <br>                          Number      Street <br><br>                          Mariposa _____  CA  95338 <br>                          City                        State ZIP Code <br><br> **Is the property insured?** <br> ☒ No <br> ☐ Yes. Insurance agency. _____ <br><br>       Contact name  _____ <br><br>       Phone  _____ |

| | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000 <br> ☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000 <br> ☐ 200-999 |

Debtor  7th PAR HOLDINGS, LLC
        N...                                              Case number (if known) _____

| 15. Estimated assets | | | |
|---|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| 16. Estimated liabilities | | | |
|---|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

### Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor. | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/11/2024___

X _____                    7th Par Holdings LLC
Signature of authorized representative of debtor        Printed name

Title  President                                Kenneth Carver

18. Signature of attorney    X _____  Date  11/12/2024
                             Signature of attorney for debtor        MM / DD YYYY

Printed name  Natalie Panossian-Bassler

Firm name  Law Office of Natalie Panossian-Bassler

Number   Street  P.o. Box 584

City  Moorpark, CA              State  CA    ZIP Code  93021

Contact phone  805-217-2465    Email address  nataliebassler@gmail.com

Bar number  210184            State  CA

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Natalie Panossian-Bassler, Esq. (SBN 210184)<br>Law Office of Natalie Panossian-Bassler<br>P.O. Box 589<br>Moorpark, CA 93021<br>805-217-2465<br>nataliebassler@gmail.com | |

☑ *Attorney for:* 7th Par Holdings, LLC

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br><br><br><br>7th Par Holdings, LLC    Debtor(s).<br><br><br><br><br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: SELECT CHAPTER  7<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____ Kenneth Carver _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check( the appropriate boxes and, if applicable, provide the req'1ired information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

**lia''** am the president or other officer or an authorized agent of the Debtor corporation

**D**  I am I party fo an adversary proceeding

**D**  I am a party to a contested matter

**D**  I am the attorney for the Debtor corporation

2. a.  **D**  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

[For additional names, attach an addendum fo this form.]

b.  **D**  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

Date: 11/11/2024 _____

By: _____
    Signature of Debtor, or attorney for Debtor

Name:  7TH PAR HOLDINGS, LLC
       Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2              F 10.07-4.CORP.OWNERSHIP.STMT

I am the corporate officer of 7th Par Holdings, LLC, and approve of and authorize the Chapter 7 bankruptcy, case 9:24-bk-11165.

_Kenneth Carver / President_

Kenneth Carver / President  (Print)

Signature

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    4490 CA STATE HIGWAY 49, MARIPOSA, CA. 95338

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Westlake___ , California

Date: __11/11/2024__

Signature of Debtor 1

Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify the case:

Debtor name **7TH PAR HOLDINGS, LLC**

United States Bankruptcy Court for the: **SOUTHERN** _____ District of **CA**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

### Part 1:  Summary of Assets

**1. Schedule A/B: Assets—Real and Personal Property** (Official Form 206A/B)

**1a. Real property:**
Copy line 88 from *Schedule A/B* ........................................................................... $ **826,539.00**

**1b. Total personal property:**
Copy line 91A from *Schedule A/B* ......................................................................... $ **750,000.00**

**1c. Total of all property:**
Copy line 92 from *Schedule A/B* ........................................................................... $ **750,000.00**

---

### Part 2:  Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D .......... $ **826,539.00**

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................. $ **826,539.00**

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............. + $ _____

**4. Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b                                                                                          $ **826,539.00**

---

Fill in this information to identify the case:

Debtor name: 7TH PAR HOLDINGS, LLC

United States Bankruptcy Court for the: SOUTHERN   District of: CA
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Parts 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the totals for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $ 4,000.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | _ _ _ _ | $ |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 4,000.00

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor   __7TH PAR HOLDINGS, LLC_____     Case number (if known)_____
       Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ......➔   $_____
             face amount    doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ......➔   $_____
             face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                       $_____

Debtor    **7TH PAR HOLDINGS, LLC**
_____    Case number (if known)_____
          Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** Work in progress | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.    ✔    $_____

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | $_____ | _____ | $_____ |
| **29.** Farm animals _Examples:_ Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30.** Farm machinery and equipment (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | $_____ | _____ | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | $_____ | _____ | $_____ |

Debtor    **7TH PAR HOLDINGS, LLC**    Case number (if known) _____
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor   **7TH PAR HOLDINGS, LLC** _____    Case number (if known) _____
         Name

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | $ _____ | $ _____ |
| 47.2 _____ | $ _____ | $ _____ | $ _____ |
| 47.3 _____ | $ _____ | $ _____ | $ _____ |
| 47.4 _____ | $ _____ | $ _____ | $ _____ |

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | $ _____ | $ _____ |
| 48.2 _____ | $ _____ | $ _____ | $ _____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | $ _____ | $ _____ |
| 49.2 _____ | $ _____ | $ _____ | $ _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |

**51. Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ _____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

   ☒ No
   ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No
   ☒ Yes

Debtor  7HILLS HOLDINGS, LLC
         Name                                          Case number (if known)

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  4490 CA STATE HWY 49 | OWNER | $ 450,000.00 | VALUATION | $ 100.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 450,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    $

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No
☑ Yes

## Part 11:   All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable

Description (include name of obligor)

_____  -  _____  => $_____
Total face amount    doubtful or uncollectible amount

**72.** Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

NONE
_____                    Tax year _____  $_____
_____                    Tax year _____  $_____
                                             Tax year _____  $_____

**73.** Interests in insurance policies or annuities

NONE
                                                              $_____

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

NONE
Nature of claim _____                                 $_____
Amount requested    $_____

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

NONE
Nature of claim _____                                 $_____
Amount requested    $_____

**76.** Trusts, equitable or future interests in property

NONE
                                                              $_____

**77.** Other property of any kind not already listed  Examples: Season tickets, country club membership

_____                                    $_____
_____                                    $_____

**78.** Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.          $_____

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No
☑ Yes

Debtor   7HFFAR HOLDINGS, LLC
Name

Case number (if known)

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | | $ 4,000 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | | $ | |
| 82. Accounts receivable. Copy line 12, Part 3. | | $ | |
| 83. Investments. Copy line 17, Part 4. | | $ | |
| 84. Inventory. Copy line 23, Part 5. | | $ | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | | $ | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | | $ | |
| 88. Real property. Copy line 56, Part 9. | ➔ | | $ 450,000.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | | $ | |
| 90. All other assets. Copy line 78, Part 11. | + | $ | |
| 91. Total. Add lines 80 through 90 for each column. | 91a. | $ 4,000.00 | + 91b. $ 826,539.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92   $ 830,539.00

Fill in this information to identify the case:

Debtor name: **7TH PAR HOLDINGS, LLC**

United States Bankruptcy Court for the: **SOUTHERN**    District of **CA**
(State)

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
**SHELLPOINT**

Creditor's mailing address
**ISAOA/ATIMA PO PO BOX202049**
**FLORENCE, SC 29502-2049**

Creditor's email address, if known

Date debt was incurred  2022

Last 4 digits of account number    2  8  3  8

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor, and its relative priority.
  **SR.LIENHOLDER**

Describe debtor's property that is subject to a lien
**LAND/REAL PROPERTY**

$ **65,000.00**    $ **450,000.00**

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☑ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.2**

Creditor's name
**PLANET HOME LENDING**

Creditor's mailing address
**321 RESEARCH PKWY, STE303**
**MERIDEN, CT 06450**

Creditor's email address, if known

Date debt was incurred  2022

Last 4 digits of account number    8  0  0  9

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
**LAND/REAL PROPERTY**

$ **761,539.00**    $ **450,000.00**

Describe the lien

Is the creditor an insider or related party?
- ☐ No
- ☑ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ **1,101,539.00**

Debtor    **7TH PAR HOLDINGS, LLC**    Case number *(if known)*_____
Name

| | Additional Page | | Column A: Amount of claim Do not deduct the value of collateral | Column B: Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__ Creditor's name**

_____

**Creditor's mailing address**

_____
_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__ Creditor's name**

_____

**Creditor's mailing address**

_____
_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **7TH PAR HOLDINGS, LLC**                                      Case number (if known) _____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| NONE | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ . | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor  __7TH PAR HOLDINGS, LLC__

United States Bankruptcy Court for the: _____   District of _____
                                                              (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number _____<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |

| Debtor | 7TH PAR HOLDINGS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2._** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number  _____ _____ _____ _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number  _____ _____ _____ _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number  _____ _____ _____ _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number  _____ _____ _____ _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

---

Debtor    **7TH PAR HOLDINGS, LLC**      Case number *(if known)* _____
        *Name*

**Part ██  List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of Claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

**3.2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

**3.3**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

**3.4**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

**3.5**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

**3.6**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    _____

| Debtor | 7TH PAR HOLDINGS, LLC | Case number (if known) |
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors to report, do not fill out or submit this page.                     Amount of claim

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$_____

Debtor    7TH PAR HOLDINGS, LLC _____    Case number (if known) _____
          Name

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** NONE | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.6.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.7.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.8.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.9.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.10.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.11.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.12.** | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    7TH PAR HOLDINGS, LLC                                    Case number (if known)_____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ _____ | Line ____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __7TH PAR HOLDINGS, LLC_____    Case number (if known)_____
          Name

## Part    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (if known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract | _____ _____ _____ _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract | _____ _____ _____ _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract | _____ _____ _____ _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract | _____ _____ _____ _____ |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest _____ State the term remaining _____ List the contract number of any government contract | _____ _____ _____ _____ |

Debtor _____          Case number *(if known)* _____
            Name

![icon] **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2._** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ____ of ____

Fill in this information to identify the case:

Debtor name __7TH PAR HOLDINGS, LLC_____

United States Bankruptcy Court for the: __CENTRAL_____ District of __CA___
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 NONE | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |
| 2.2 | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |
| 2.3 | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |
| 2.4 | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |
| 2.5 | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |
| 2.6 | Street | | ☐ D  ☐ E/F  ☐ G |
| | City          State          ZIP Code | | |

Debtor    7TH PAR HOLDINGS, LLC                                Case number (if known)_____
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| Name | Mailing address | Name | |

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

2.___ _____  Street _____    _____    ☐ D
                        _____                               ☐ E/F
                        City        State    ZIP Code                 ☐ G

Fill in this information to identify the case and this filing

Debtor Name __7TH PAR HOLDINGS, LLC_____

United States Bankruptcy Court for the: _____CENTRAL_____ District of
_____CA_____ (State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

 Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/11/2024_____        ✗ _____
           MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                              Kenneth Carver
                                              Printed name

                                              President
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **7TH PAR HOLDINGS, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

# Part 1:    Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be different from the calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ____ MM / DD / YYYY to | Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
| For prior year: | From ____ MM / DD / YYYY to | ____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| For the year before that: | From ____ MM / DD / YYYY to | ____ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ____ MM / DD / YYYY to | Filing date | _____ | $_____ |
| For prior year: | From ____ MM / DD / YYYY to | ____ MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From ____ MM / DD / YYYY to | ____ MM / DD / YYYY | _____ | $_____ |

Debtor    **7TH PAR HOLDINGS, LLC**                                    Case number (if known)_____
        Name

---

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1.** | | | |
| Creditor's name | | $_____ | ☐ Secured debt |
| Street | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City            State       ZIP Code | | | ☐ Other_____ |
| **3.2.** | | | |
| Creditor's name | | $_____ | ☐ Secured debt |
| Street | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City            State       ZIP Code | | | ☐ Other_____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** | | | |
| Insider's name | | $_____ | |
| Street | | | |
| | | | |
| City            State       ZIP Code | | | |
| Relationship to debtor | | | |
| **4.2.** | | | |
| Insider's name | | $_____ | |
| Street | | | |
| | | | |
| City            State       ZIP Code | | | |
| Relationship to debtor | | | |

Debtor  **7TH PAR HOLDINGS, LLC**                                              Case number (If known)_____
        Name

---

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.

Creditor's name _____   _____   _____   $_____

Street _____

City _____ State ____ ZIP Code

5.2.

Creditor's name _____   _____   _____   $_____

Street _____

City _____ State ____ ZIP Code

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Creditor's name _____   _____   _____   $_____

Street _____

City _____ State ____ ZIP Code   Last 4 digits of account number: XXXX– ___ ___ ___ ___

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. 23-994 | TRUSTEE SALE | MARIPOSA COUNTY | ☑ Pending |
| | | Name _____ | ☐ On appeal |
| Case number | | Street _____ | ☐ Concluded |
| | | City _____ State ____ ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name _____ | ☐ On appeal |
| Case number | | Street _____ | ☐ Concluded |
| | | City _____ State ____ ZIP Code | |

Debtor    **7TH PAR HOLDINGS, LLC**    Case number (if known) _____
Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City        State        ZIP Code | | |
| | Date of order or assignment | City        State        ZIP Code |

## Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Property). | | |
| | | | $ |

Debtor    **7TH PAR HOLDINGS, LLC**
_____    Case number (if known)_____
Name

**Part 7: Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | | | $_____ |
| Address | | | |
| _____ | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | | $_____ |
| Address | | | |
| _____ | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | | $_____ |
| _____ | | | |

Debtor   **7TH PAR HOLDINGS, LLC**                                    Case number (if known)_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

   **Address**                  _____

   _____
   Street

   _____
   City          State   ZIP Code

   **Relationship to debtor**

   _____

   **Who received transfer?**                                   _____    $_____

13.2. _____    _____

   **Address**

   _____
   Street

   _____
   City          State   ZIP Code

   **Relationship to debtor**

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

14.1. _____    From _____  To _____
   Street

   _____
   City          State   ZIP Code

14.2. _____    From _____  To _____
   Street

   _____
   City          State   ZIP Code

Debtor  **7TH PAR HOLDINGS, LLC**
Name

Case number (if known)_____

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1.**

Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). Include electronic address, if any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically

☐ Paper

City      State      ZIP Code

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.2.**

Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). Include electronic, if any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically

☐ Paper

City      State      ZIP Code

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ — _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor   **7TH PAR HOLDINGS, LLC**                          Case number (if known)_____
_____Name_____

| | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | | | |
|---|---|---|---|

18.1. Name _____     XXXX–____ ____     ☐ Checking          _____ $_____
     Street _____                        ☐ Savings
                                                  ☐ Money market
     City      State    ZIP Code                  ☐ Brokerage
                                                  ☐ Other_____

18.2. Name _____     XXXX–____ ____     ☐ Checking          _____ $_____
     Street _____                        ☐ Savings
                                                  ☐ Money market
     City      State    ZIP Code                  ☐ Brokerage
                                                  ☐ Other_____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | _____ | ☐ No |
| Street _____ | | | ☐ Yes |
| City   State   ZIP Code | Address _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | _____ | ☐ No |
| Street _____ | | | ☐ Yes |
| City   State   ZIP Code | Address _____ | | |

Debtor   7TH PAR HOLDINGS, LLC _____   Case number (if known)_____
                Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| City _____ State _____ ZIP Code _____ | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name _____ | _____ | ☐ Pending |
| _____ | Street _____ | _____ | ☐ On appeal |
| | City _____ State _____ ZIP Code _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City _____ State _____ ZIP Code _____ | City _____ State _____ ZIP Code _____ | | |

Debtor   **7TH PAR HOLDINGS, LLC**
    Name                                             Case number (if known)_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

## Part 12: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | _____ | **Dates business existed** |
| City          State     ZIP Code | _____ | From _____   To _____ |
| **25.2.** Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | _____ | **Dates business existed** |
| City          State     ZIP Code | _____ | From _____   To _____ |
| **25.3.** Name | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| Street | _____ | **Dates business existed** |
| City          State     ZIP Code | _____ | From _____   To _____ |

Debtor    **7TH PAR HOLDINGS, LLC**                                    Case number *(if known)*
            Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.
_____
Name

_____
Street

_____
City                    State        ZIP Code

From _____   To _____

| Name and address | Dates of service |
|---|---|

26a.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

From _____   To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
_____
Name

_____
Street

_____
City                    State        ZIP Code

From _____   To _____

| Name and address | Dates of service |
|---|---|

26b.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
_____
Name

_____
Street

_____
City                    State        ZIP Code

---

Debtor  **7TH PAR HOLDINGS, LLC**  Case number (if known)_____
 Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2** | |
| Name | |
| Street | |
| City                          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.** |
| Name |
| Street |
| City                          State          ZIP Code |

| Name and address |
|---|
| **26d.2.** |
| Name |
| Street |
| City                          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.** |
| Name |
| Street |
| City                          State          ZIP Code |

Debtor    **7TH PAR HOLDINGS, LLC**
   Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

**27.2.**

Name _____

Street _____

City _____ State _____ ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer held these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** Name _____ | _____ | _____ | _____ |
| Street _____ | _____ | _____ | _____ |
| City _____ State ____ ZIP Code ____ | _____ | | |
| Relationship to debtor | | | |

Debtor    7TH PAR HOLDINGS, LLC _____    Case number (if known) _____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 Name | | |
| Street | | |
| City | State | ZIP Code |
| Relationship to debtor | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

## Part 13: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/11/2024
             MM /DD

_____    Printed name  Kenneth Carver
Signature of individual signing on behalf of debtor

Position in relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207)* attached?

☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

In re

Case No. _____

Debtor   7th Par Holdings, LLC                Chapter  7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor              ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_November 12, 2024_        _[signature]_
Date                        Signature of Attorney

_Law Office of Natalie Panossian-Bassler_
Name of law firm

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Natalie Panossian-Bassler, Esq. (SBN 210184)<br>Law Office of Natalie Panossian-Bassler<br>P.O. Box 589<br>Moorpark, CA 93021<br>805-217-2465<br>nataliebassler@gmail.com<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re: 7th Par Holdings, LLC<br>3835 East Thousand Oaks<br>Blvd R57, Westlake Village<br>CA 91362 | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____ 11/11/2024 _____            _____
                                            Signature of Debtor 1

Date: _____                _____
                                            Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____                _____
                                            Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

<u>Shellpoint</u>

Client c/o Loan Care LLC ISAOA/ATIMA

P.O.Box 202049

Florence, SC 29502-2049


<u>Planet Home Lending</u>

321 Research Parkway Ste. 303

Meriden, CT. 06450